UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: Martin A. and Deborah L. Maniaci | In Proceedings Under Chapter 11 |
| Debtors. | Case No. 11-19634 |
| | Judge Arthur I. Harris |
| | **Notice of Filing Amended Schedule D** |

Martin and Deborah Maniaci, Debtors in Possession, hereby give notice that they have amended Schedule D to note that the first and second mortgage interests respectively of Chase Bank and Charter One Bank in the real estate located at 8283 Browning Court; Concord, OH 44077 are listed as disputed. A copy of amended schedule D is attached hereto and made a part hereof by this reference.

Respectfully submitted:

**SUSAN M. GRAY ATTORNEYS
AND COUNSELORS AT LAW**
/s/ Susan M. Gray
SUSAN M. GRAY (0062356)
*Counsel for Mr. and Mrs. Maniaci*
22255 Center Ridge Rd., Suite 210
Rocky River, Ohio 44116
Tel. (440) 331-3949
Fax. (440) 331-8160
Email: smgray@smgraylaw.com

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re    Martin A Maniaci,             Case No. _____
         Deborah L Maniaci
                                          Debtors        Chapter           11

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,105,416.00 | | |
| B - Personal Property | Yes | 3 | 43,576.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,507,404.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 3,403,844.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 9,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,575.00 |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| | | Total Assets | 1,148,992.00 | | |
| | | | Total Liabilities | 4,911,248.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re   Martin A Maniaci,
        Deborah L Maniaci
                                        Debtors

Case No. _____

Chapter _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | ---: |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | ---: |
| Average Income (from Schedule I, Line 16) | 9,000.00 |
| Average Expenses (from Schedule J, Line 18) | 8,575.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
| --- | ---: | ---: |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 401,988.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 3,403,844.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 3,805,832.00 |

B6D (Official Form 6D) (12/07)

In re  Martin A Maniaci,
       Deborah L Maniaci
_____,
                    Debtors

Case No._____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 800-00004507622009  Charter One  PO Box 42008  Providence, RI 02940 | | J | Second Mortgage  8283 Breowning Court; Concord, OH 44077  Value $ 275,000.00 | | | X | 50,000.00 | 50,000.00 |
| Account No. 1560663419380  Chase  PO Box 1093  Northridge, CA 91328 | | J | 3/2/04  First Mortgage  8283 Breowning Court; Concord, OH 44077  Value $ 275,000.00 | | | X | 313,198.00 | 38,198.00 |
| Account No.  Value $ | | | | | | | | |
| Account No.  Value $ | | | | | | | | |
| 0 continuation sheets attached | | | Subtotal (Total of this page) | | | | 363,198.00 | 88,198.00 |
| | | | Total (Report on Summary of Schedules) | | | | 363,198.00 | 88,198.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re  Martin A Maniaci
       Deborah L Maniaci                                    Case No.
                                        Debtor(s)           Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __14__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  July 11, 2012         Signature  /s/ Martin A Maniaci
                                       Martin A Maniaci
                                       Debtor

Date  July 11, 2012         Signature  /s/ Deborah L Maniaci
                                       Deborah L Maniaci
                                       Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## Certificate of Service

The following is the list of **parties** who are currently on the list to receive email notice/service

- Edward J. Boll nohbk@lsrlaw.com
- Faye Dian English bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Susan M Gray ecf@smgraylaw.com, sgrayecfmail@gmail.com
- Brian J Green bgreen@shaperolaw.com
- Mark R Lembright mlembright@feltyandlembright.com
- Jamie M. Nagle bronationalecf@weltman.com, jnagle@weltman.com
- Stacey A O'Stafy bankruptcy@mdk-llc.com, anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
- David J Pasz dpasz@paszlaw.com, phenry@paszlaw.com
- Dean R. Prober cmartin@pprlaw.net
- Kenneth M Richards krichards@lnlattorneys.com
- United States Trustee (Registered address)@usdoj.gov
- Dean Wyman ust03 Dean.P.Wyman@usdoj.gov

In addition, the following were served by Certified United States Mail this 12th day of July,

2012:

Serve Highest Officer
RBS Citizens, NA
CSC- Lawyers Incorporating Service
(Corporation Service Company)
50 W. Broad St Suite 1800
Columbus, OH   43215
*Ohio Secretary of State Name Search*

Serve Highest Officer
RBS, National Association
Corporation Service Company
1180 Avenue of the Americas Suite 210
New York, NY   10036
*Ohio Secretary of State Name Search*

Serve Highest Officer
RBS Citizens, NA
One Citizens Plaza
Providence, RI  02903
*Address from Bloomberg Business Week*

Serve Highest Officer
JPMorgan Chase Bank, National Association
1111 Polaris Parkway
Columbus, Ohio 43240
*Ohio Secretary of State Name Search*

Serve Highest Officer
JPMorgan Chase Bank, National Association
3415 Vision Drive
Columbus, OH 43219
*Ohio Secretary of State Name Search*

Serve Highest Officer
Chase Home Finance, LLC
3415 Vision Drive
Columbus, OH 43219
*Ohio Secretary of State Name Search*

Serve Highest Officer
JPMorgan Chase & Co.
270 Park Avenue
New York, New York 10017-2070
*Ohio Secretary of State Name Search*

Serve Highest Officer
Charter One
P.O Box 42008
Providence, RI 02940
*Ohio Secretary of State Name Search*

Serve Highest Officer
Chase
P.O Box 1093
North Ridge, CA 91328
*Mortgage*

/s/Susan M. Gray
Susan M. Gray
Attorney for Mr. and Mrs. Maniaci