IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | Chapter 11 Proceeding |
|---|---|
| Martin and Deborah Maniaci | |
| | Case No. 11-19634 |
| Debtors | Judge Arthur I. Harris |

Addendum to Plan and Disclosure Statement

Martin and Deborah Maniaci, Debtors in Possession, submit the following

addenda and corrections to their Disclosure Statement and to their Plan, both of which

were filed on 7/12/12 with the hearing set for August 14, 2012.

1. Liquidation Analysis

| Asset Description | Current Value Reduced by Exemptions | Liquidation Value | Secured Debt | Available for Distribution if Liquidated |
|---|---|---|---|---|
| Cash | $0.00 | $0.00 | $0.00 | $0.00 |
| Checking Acct | $0.00 | $0.00 | $0.00 | $0.00 |
| Jewelry | $0.00 | $0.00 | $0.00 | $0.00 |
| Personal Residence | $389,224.00 | $389,224.00 | $398,227.94 | $0.00 |
| Rental Real Estate | $716,192.00 | $716,192.00 | $441,192.00 | $275,000.00 |
| Personal Furnishings and Clothing | $0.00 | $0.00 | $0.00 | $0.00 |
| Life Insurance Policies | $0.00 | $0.00 | $0.00 | $0.00 |
| Retirement Plans | $0.00 | $0.00 | $0.00 | $0.00 |
| Vehicles | $1,550.00 | $1,550.00 | $0.00 | $1,550.00 |
| Membership in DJM Holdings | $0.00 | $0.00 | $0.00 | $0.00 |

Based on the substantial equity in rental real estate, the Plan provides for payment to

class 4 unsecured creditors at 100% and class 5 unsecured creditors at 25%.

2. Filing of Quarterly Reports and Payment of Trustee Fees:

The Debtor shall be responsible for filing all post-confirmation reports and for paying any post-confirmation fees under 28 U.S.C. Section 1930(a)(6), until a final decree is entered. A final decree will be entered as soon as practicable after distributions have commenced under this Plan."

3. Reference to Equity Security Holders in Paragraph II of the Disclosure Statement

Paragraph II of the Disclosure statement is simply a general statement of the purpose of any disclosure statement. The reference in that paragraph to equity security holders should not be taken as an assertion that there are any equity security holders in this case, as there are none.

Respectfully submitted,

/s/ Susan M. Gray (0062356)
Susan M. Gray – Attorney at Law
Attorney for Mr. and Mrs. Maniaci
22255 Center Ridge Road, Suite 210
Rocky River, Ohio 44116
(440) 331-3940 Phone
(440) 331-8160 Fax
smgray@smgraylaw.com

## Certificate of Service

The following is the list of **parties** who are currently on the list to receive email notice/service

- Edward J. Boll nohbk@lsrlaw.com
- Faye Dian English bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Susan M Gray ecf@smgraylaw.com, sgrayecfmail@gmail.com
- Brian J Green bgreen@shaperolaw.com
- Mark R Lembright mlembright@feltyandlembright.com
- Jamie M. Nagle bronationalecf@weltman.com, jnagle@weltman.com
- Stacey A O'Stafy bankruptcy@mdk-llc.com, anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
- David J Pasz dpasz@paszlaw.com, phenry@paszlaw.com
- Dean R. Prober cmartin@pprlaw.net
- Kenneth M Richards krichards@lnlattorneys.com
- United States Trustee (Registered address)@usdoj.gov
- Dean Wyman ust03 Dean.P.Wyman@usdoj.gov

In addition, those named in the attached creditor matrix were served by regular United States Mail this 23rd[th] day of July, 2012.

In addition, the following were served by Certified United States Mail this 23rd[th] day of July, 2012:

| | | |
|---|---|---|
| Serve Highest Officer<br>RBS Citizens, NA<br>CSC- Lawyers Incorporating Service<br> (Corporation Service Company)<br>50 W. Broad St Suite 1800<br>Columbus, OH  43215<br>*Web-site Ohio Secretary of State Name Search* | Serve Highest Officer<br>RBS, National Association<br>Corporation Service Company<br>1180 Avenue of the Americas<br>Suite 210<br>New York, NY  10036<br>*Web-site Ohio Secretary of State Name Search* | Serve Highest Officer<br>RBS Citizens, NA<br>One Citizens Plaza<br>Providence, RI  02903<br>*Address from Bloomberg Business Week* |

| Serve Highest Officer | Serve Highest Officer | Serve Highest Officer |
|---|---|---|
| JPMorgan Chase Bank, National Association 3415 Vision Drive Columbus, OH 43219 *Ohio Secretary of State Name Search* | JPMorgan Chase Bank, National Association 1111 Polaris Parkway Columbus, Ohio 43240 | Chase Home Finance, LLC 3415 Vision Drive Columbus, OH 43219 *Ohio Secretary of State Name Searc* *Ohio Secretary of State Name Search* |
| *Serve Highest Officer* Chase Home Finance, LLC 3415 Vision Drive Columbus, OH 43219 *Ohio Secretary of State Name Search* *Ohio Secretary of State Name Search* | Serve Highest Officer JPMorgan Chase & Co. 270 Park Avenue New York, New York 10017-2070 *Ohio Secretary of State Name Search* | Serve Highest Officer Chase P.O Box 1093 North Ridge, CA 91328 *Address on Mortgage* |
|  |  |  |

/s/Susan M. Gray
Susan M. Gray
Attorney for Mr. and Mrs. Maniaci

*h*

Bank of America, N.A. c/o Prober & Raphael,
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364-6207

FirstMerit Bank, N.A.
c/o Brian Green
25101 Chagrin Blvd. #220
Beachwood, oh 44122-5656

Home Savings & Loan Company of Youngstown, O
275 Federal Plaza West
P. O. Box 1111
Youngstown, OH 44501-1111 U.S.A.

5/3 Bank Cc
5050 Kingsley Dr
Cincinatti, OH 45227-1115

AAA
P O Box 15019
Wilmington, DE 19886-5019

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Home Mortgage
P.O. Box 1820
Newark, NJ 07101-1820

American Home Mortgage
P.O. Box 64197
Baltimore, MD 21264-4197

American Home Mortgage
P.o. box 660029
Dallas, TX 75266-0029

American Home Mortgage Servicing Inc.
Attn: Cash Management
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019-4913

Americas Servicing Co.
P.O. Box 1820
Newark, NJ 07101-1820

Amex
c/o Beckett & Lee
Po Box 3001
Malvern, PA 19355-0701

Asset Acceptance LLC
Po Box 2036
Warren MI 48090-2036

Aurora Loan
P.O. Box 5180
Denver, CO 80217-5180

Aurora Loan Services LLC
Attn: Cashiering
PO Box 5180
Denver, CO 80217-5180

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Bank Of America
Attn: Bankruptcy NC4-105-02-99
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Po Box 15026
Wilmington, DE 19850-5026

Bank of America, N.A.
7105 Corporate Drive
Plano, TX 75024-4100

Bank of America, N.A.
PROBER & RAPHAEL
ATTORNEYS FOR SECURED CREDITOR
P.O. Box 4365
Woodland Hills, CA 91365-4365

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154-1529

Charter One
P.O. Box 42008
Providence, RI 02940-2008

Chase
Attn: Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850-5298

Chase
P O Box 15155
Wilmington, DE 19886-5153

```
Chase                              Chase                              (p)CHASE CARD SERVICES
P.O. Box 9001123                   P.O. Box 900123                    201 NORTH WALNUT STREET
Louisville, KY 40290-1123          Louisville, KY 40290               ATTN MARK PASCALE
                                                                      MAIL STOP DE1-1406
                                                                      WILMINGTON DE 19801-2920


Chase                              Chase Bank USA, N.A.               Chase- Tjx
Po Box 15298                       PO Box 15145                       Po Box 15298
Wilmington, DE 19850-5298          Wilmington, DE 19850-5145          Wilmington, DE 19850-5298



Citi                               Citibank Sd, Na                    Citimortgage
P O Box 182564                     Attn: Centralized Bankruptcy       P.O. Box 6715
Columbus, OH 43218-2564            Po Box 20507                       The Lakes, NV 88901-6715
                                   Kansas City, MO 64195-0507


Countrywide/Bank of America        Cuyahoga County Treasurer          DJM Holdings
P.O. Box 15222                     1219 Ontario Street                10100 Pinecrest Road
Wilmington, DE 19886-5222          Cleveland, Ohio 44113-1697         Painesville, OH 44077-9792


Department Stores National Bank/Macy's  Deutsche Bank National Trust  FIA CARD SERVICES, N.A.
C/O Bankruptcy Processing          c/o American Home Mortgage         PO Box 15102
Po Box 8053                        1525 S Belt Line Road              Wilmington, DE 19886-5102
Mason, OH 45040-8053               Coppell, TX 75019-4913


Fifth Third Bank                   Fifth Third Bank                   Fifth Third Bank
C/O Bankruptcy Dept, Mdropso5      P.O. Box 630412                    PO BOX 829009
1850 East Paris                    Cincinnati, OH 45263-0412          Dallas, TX 75382-9009
Grand Rapids, MI 49546-6210


Fifth Third Mortgage Company       First Merit                        First Merit Bank
Attn: Bankruptcy Dept.             295 First Merit Circle             295 FirstMerit Circle
5001 Kingsley Drive                Akron, OH 44307                    Akron, OH 44307-2359
MD#1MOBBW
Cincinnati, OH 45227-1114

FirstMerit Bank, N.A.              Gembppbycr                         Home Savings & Loan
c/o Brian Green                    Attention: Bankruptcy              275 Federal Plaza West
25101 Chagrin Blvd. #220           Po Box 103104                      Youngstown, OH 44503-1200
Beachwood, Ohio 44122-5656         Roswell, GA 30076-9104


Home Savings & Loan Company of Youngstown, O  Homecomings              Indy Mac
275 West Federal Street            P.O. Box 650515                    P.O. Box 78826
P. O. Box 1111                     Dallas, TX 75265                   Phoenix, AZ 85062-8826
Youngstown, OH  44501-1111


Key Bank Nw                        KeyBank N.A.                       KeyBank National Association
17 Corporate Woods Blvd            c/o Weltman, Weinberg & Reis, Co., L.P.A  PO Box 94968
Albany, NY 12211-2345              323 West Lakeside Avenue 2nd Floor  Cleveland, Ohio 44101-4968
                                   Cleveland, Ohio 44113-1085
```

| Keybank Na | Macys/fdsb | Nationwide Credit Inc. |
|---|---|---|
| Po Box 94825 | Macy's Bankruptcy | P O Box 26314 |
| Cleveland, OH 44101-4825 | Po Box 8053 | Lehigh Valley, PA 18002-6314 |
| | Mason, OH 45040-8053 | |

| PNC BANK | Quantum3 Group LLC as agent for | (p)REAL TIME RESOLUTIONS INC |
|---|---|---|
| PO BOX 94982 | World Financial Network National Bank | PO BOX 36655 |
| CLEVELAND, OH 44101-4982 | PO Box 788 | DALLAS TX 75235-1655 |
| | Kirkland, WA 98083-0788 | |

| Suntrust Mortgage | The Bank of New York Mellon | Victoria's Secret |
|---|---|---|
| P.O Box 79041 | c/o Bank of America, NA | Po Box 182124 |
| Baltimore, MD 21279-0041 | Kenneth M. Richards | Columbus, OH 43218-2124 |
| | 50 West Broad Street, Suite 1200 | |
| | Columbus, Ohio 43215-5907 | |

| WFNNB | Wells Fargo |
|---|---|
| P O Box 659728 | P.O. Box 6429 |
| San Antonio, TX 78265-9728 | Carol Stream, IL 60197-6429 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Advanta Bank Corp | Chase | Real Time Resolutions, Inc. |
|---|---|---|
| Po Box 844 | Po Box 1093 | 1750 Regal Row Suite 120 |
| Spring House, PA 19477 | Northridge, CA 91328 | PO Box 36655 |
| | | Dallas Texas 75235 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)America Home Mortgage Servicing, Inc | (u)Aurora Bank, FSB | (u)Aurora Loan Services LLC |
|---|---|---|

| (u)Deutsche Bank National Trust Company Ameri | (u)FIFTH THIRD MORTGAGE COMPANY | (u)GMAC Mortgage, LLC |
|---|---|---|

(u)KeyBank, N.A.                    (u)The Bank of New York Mellon          (du)The Bank of New York Mellon Corporation

(u)US BANK, NA                      (u)WELLS FARGO BANK N.A.                (u)City of Cleveland, Ohio 1201 Lakeside Av,C

(u)First Merit                      (d)Homecomings                         (d)Suntrust Mortgage
                                    PO Box 650515                          P.O. Box 79041
                                    Dallas, TX 75265                       Baltimore, MD 21279-0041