The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 20, 2013, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: March 20, 2013**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Martin A. Maniaci | : | Case No.: 11-19634 |
| Deborah L. Maniaci | : | Chapter 11 |
| | : | Judge Arthur I. Harris |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### AGREED ORDER RESOLVING MOTION TO APPROVE LOAN MODIFICATION AS TO REAL PROPERTY LOCATED AT 9321 CREEKWOOD DRIVE, MENTOR, OH 44060 (DOCKET #143)

This matter came to be considered on the Motion to Approve Loan Modification (the "Motion") which was filed in this court by the OneWest Bank, FSB ("Creditor") as docket #143 with respect to the first mortgage upon certain real property located at 9321 Creekwood Drive, Mentor, OH 44060 (the "Property"); and it appearing to the Court that the parties have agreed to the following; and the Court, being otherwise fully advised in the premises, issues the following Order with respect thereto:

13-004278_KDV

**IT IS THEREFORE ORDERED** that:

1. The Motion to Approve Loan Modification filed by Creditor in the above captioned proceeding is hereby granted.

2. Contrary to the terms of the proposed Amended Plan filed January 22, 2013, the pre-petition arrearage claim set forth in Creditor's Proof of Claim Number 46-1 filed May 31, 2012 shall become part of the modified loan balance and shall not be paid through the Chapter 11 Plan.

### 

**SUBMITTED BY:**

/s/ Stacey A. O'Stafy_____
Stacey A. O'Stafy (0070386)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  sao@manleydeas.com
Attorney for Creditor


/s/ Susan M. Gray_____
Susan M. Gray (0062356)
22255 Center Ridge Rd #210
Rocky River, OH  44116
Telephone: 440-331-3949
Fax:  440-331-8160
Email: ecf@smgraylaw.com
Attorney for Debtor

Copies to:

| | |
|---|---|
| American Home Mortgage | American Home Mortgage |
| Unsecured Creditor | Unsecured Creditor |
| P.O. Box 1820 | P.O. Box 660029 |
| Newark, NJ 07101 | Dallas, TX 75266 |
| (notified by regular US Mail) | (notified by regular US Mail) |

American Home Mortgage
Unsecured Creditor
P.O. Box 64197
Baltimore, MD 21264
(notified by regular US Mail)

Americas Servicing Co.
Unsecured Creditor
P.O. Box 1820
Newark, NJ 07101
(notified by regular US Mail)

Aurora Loan
Unsecured Creditor
P.O. Box 5180
Denver, CO 80217
(notified by regular US Mail)

Chase
Unsecured Creditor
P.O. Box 9001123
Louisville, KY 40290
(notified by regular US Mail)

Countrywide/Bank of America
Unsecured Creditor
P.O. Box 15222
Wilmington, DE 19886
(notified by regular US Mail)

Susan M Gray
Attorney Debtor
22255 Center Ridge Rd
#210
Rocky River, OH 44116
(notified by ecf)

Homecomings
Unsecured Creditor
PO Box 650515
Dallas, TX 75265
(notified by regular US Mail)

Keybank NA
Party of Interest
PO Box 94825
Cleveland, OH 44101
(notified by regular US Mail)

Lake County Treasurer
Party of Interest
105 Main Street
Painesville , OH 44077
(notified by regular US Mail)

Martin A. Maniaci Deborah L. Maniaci
Debtor
10100 Pinecrest Road
Concord, OH 44077
(notified by regular US Mail)

Martin A. Maniaci and Deborah L. Maniaci
Debtor
9321 Creekwood Drive
Mentor, OH 44060
(notified by regular US Mail)

Stacey A. O'Stafy
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
(notified by ecf)

Suntrust Mortgage
Unsecured Creditor
P.O. Box 79041
Baltimore, MD 21279
(notified by regular US Mail)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(notified by ecf)