

**NEECE**
**MALEC**
**SEIFERT**
**& VITAZ**

# INVOICE

121 South Street      Chardon, OH 44024

Web:   www.neececpa.com
Chardon (440) 286-5222
Office:

**Martin & Deborah Maniaci**
**DJM Holdings Ltd**
**10100 Pinecrest Rd.**

**Painesville, OH  44077**

| | |
|---|---|
| **Date:** | 7/21/2012 |
| **Invoice:** | 30082 |
| **ID:** | MANIAC |
| **Due Upon Receipt** | |

---

For professional service rendered as follows:

Individual Tax Services

Preparation of 2010 Individual Income Tax Return and associated states and localities as required including reporting for 56 rental properties.     $1500.00

| | |
|---|---|
| Billed Time & Expenses | $1,500.00 |
| Invoice Total | $1,500.00 |

| Date | Type | Reference | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 06/01/12 | Beginning Balance | | | | $0.00 |
| 06/21/12 | Invoice #30082 | | 1,500.00 | | 1,500.00 |
| **06/21/12** | **Amount Due** | | | | **$1,500.00** |

---

Please return this portion with payment.

ID:  MANIAC
Martin & Deborah Maniaci

| | |
|---|---|
| Invoice: | 30082 |
| Date: | 06/21/2012 |
| **Due Upon Receipt** | |

Card Type: _____

Card #: _____  Exp Date: _____

Signature: _____

| | |
|---|---|
| Amount Due: | $1,500.00 |
| Amount Enclosed: | $_____ |

Payment is due upon receipt.  If we have not received your payment within 30 days, a late fee will be assessed at an annual rate of 18% on all balances past the specified due date.

11-19634-aih   Doc 163-1   FILED 04/18/13   ENTERED 04/18/13 16:03:54   Page 1 of 1