## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10122
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | *** Asset Analysis and Recovery *** | | | |
| SMG | 2/1/2012 | Meet to discuss issues; review PACER together to discuss issues in corporate case and in individual case; plan for representation; review and discuss fee agreement | 1 | 250.00 | 250.00 |
| CC | 5/14/2012 | Review PACER; download all claims from Claims Register to client file for review | 2.21667 | 75.00 | 166.25 |
| | 5/14/2012 | $38.70-Download 387 pages from PACER | | 38.70 | 38.70 |
| SMG | 5/14/2012 | Claims review for purpose of preparing plan and disclosure statement | 1.5 | 250.00 | 375.00 |
| SMG | 5/15/2012 | Continue review of claims to prepare disclosure statement and plan; note issues for follow up | 0.25 | 250.00 | 62.50 |
| CC | 5/18/2012 | Work on setting up pleadings for objections to claims | 0.5 | 75.00 | 37.50 |
| CC | 5/21/2012 | Continue to work on setting up pleadings for anticipated objections to claims | 0.48333 | 75.00 | 36.25 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

Page 1

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10122
Invoice Date: 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CC | 5/23/2012 | Continue work on setting up pleadings for anticipated objections to claims | 0.25 | 75.00 | 18.75 |
| CC | 5/23/2012 | Further work on setting up pleadings for anticipated objections to claims | 0.45 | 75.00 | 33.75 |
| SMG | 6/29/2012 | creditors claims bar date is June 29, 2012. | 0 | 0.00 | 0.00 |
| SMG | 6/29/2012 | Review claims to prepare final version of plan and disclosure statement | 2.5 | 250.00 | 625.00 |
| CC | 7/9/2012 | Continue work to set up pleadings for anticipated objections to claims | 0.25 | 75.00 | 18.75 |
| CC | 7/10/2012 | Review public records to set up legal descriptions and service parties on anticipated objections to claims | 0.23333 | 75.00 | 17.50 |
| CP | 7/11/2012 | Check court docket for additional addresses.for complete service of disclosure statement and plan | 0.25 | 75.00 | 18.75 |
| CC | 7/11/2012 | Went online to look for the corporate addresses; searched in SEC, Company's official websites and Secretary of State -for the registered agents. | 1 | 75.00 | 75.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10122
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CP | 7/11/2012 | Review additional claims to update certificate of service; review court creditor matrix- cross-reference files 46-50 regarding creditors. | 0.75 | 75.00 | 56.25 |
| CC | 7/12/2012 | Worked in Objections 1-9 through 1-12. Searched for bank addresses, registered agents on company' on websites; | 2.75 | 75.00 | 206.25 |
| CC | 7/13/2012 | Searched for the registered agent and creditor's address and filed in the information for anticipated objections to claims | 2.5 | 75.00 | 187.50 |
| CC | 7/13/2012 | Continue work on setting up skeleton pleadings for objections to claims--search legal descriptions and service addresses for relevant creditors | 0.25 | 75.00 | 18.75 |
| CP | 7/17/2012 | Search public information for anticipated objections to claims | 0.25 | 75.00 | 18.75 |
| SMG | 8/4/2012 | Conference with Ms Maniaci; review objection to claim; correspondence by e-mail with counsel for creditor raising issues | 0.5 | 250.00 | 125.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949

Fax: (440) 331-8160

E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10122
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CC | 8/16/2012 | Calendared deadlines in case to secure follow up | 0.11667 | 75.00 | 8.75 |
| | | - | | | |
| | | * * * * * * * * * * * * * * * * * * * * * * | | | 0.00 |
| | | I reviewed this invoice and I consent to the payment of these fees. | | | |
| | | _____<br>Signature | | | |
| | | 3-31-13<br>Date | | | |
| | | * * * * * * * * * * * * * * * * * * * * * * | | | |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail  smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $2,394.95 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,394.95 |