**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10124
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | * * * Fee Application * * * | | | |
| SMG | 2/1/2012 | Conference regarding application to employ attorney; confirm contact details | 0.16667 | 250.00 | 41.67 |
| SMG | 2/20/2012 | Prepare and file verified statement and agreement and application | 0 | 0.00 | 0.00 |
| SMG | 3/14/2012 | Further review of Pacer and further work on employment of accountant | 0.86667 | 250.00 | 216.67 |
| SMG | 3/14/2012 | Failed attempt to e-mail documents to accountant; research Internet to look for other contact data; called number on website and left message; note for follow up | 0.25 | 250.00 | 62.50 |
| ES | 3/27/2012 | Telephone and e-mail contact with office of accountant to obtain information necessary to employ accountant | 0.25 | 75.00 | 18.75 |
| ES | 4/30/2012 | Call from Trustee to discuss payment to accountant; call to Ms. Maniaci to get information | 0.25 | 75.00 | 18.75 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

Page 1

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10124
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ES | 5/2/2012 | Conference with office of accountant to verify date that payment was received--4/12/2012 | 0.25 | 75.00 | 18.75 |
| ES | 6/5/2012 | Reviewed and filed amended affidavit of accountant | 0.25 | 75.00 | 18.75 |
| | | * * * * * * * * * * * * * * * * * * * * * * | | | 0.00 |
| | | I reviewed this invoice and I consent to the payment of these fees. | | | |
| | | ___*Maniaci*___ Signature | | | |
| | | ___3-31-13___ Date | | | |
| | | * * * * * * * * * * * * * * * * * * * * * * | | | |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $395.84 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $395.84 |