**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10125
Invoice Date: 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | *** Plan and Disclosure Statement *** | | | |
| SMG | 5/9/2012 | Review correspondence by e-mail from US Trustee regarding inquiry by Ms. Maniaci to office of US Trustee--no charge | 0 | 0.00 | 0.00 |
| SMG | 5/12/2012 | Work on Plan and Disclosure Statement; Review claims; review schedules; draft changes to disclosure statement | 4.05 | 250.00 | 1,012.50 |
| SMG | 5/15/2012 | Work on disclosure statement and plan; review claims and prior pleadings; prepare scheduling order and motion for entry of scheduling order; arrange for upload | 0.75 | 250.00 | 187.50 |
| SMG | 5/16/2012 | Continue work on disclosure statement and plan | 2.56667 | 250.00 | 641.67 |
| SMG | 5/16/2012 | Additional work drafting plan and disclosure statement | 3 | 250.00 | 750.00 |
| SMG | 5/16/2012 | Continue work on plan and disclosure statement; set up follow up for objections to claims and for adversary proceedings on certain mortgage loans | 2 | 250.00 | 500.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ES | 5/17/2012 | Review prior operating reports to work on preparing Income and expense projections | 0.75 | 75.00 | 56.25 |
| SMG | 6/30/2012 | Review claims; revise plan and disclosure statement; confer with Mr and Mrs Maniaci to clarify facts and discuss issues | 5.43333 | 250.00 | 1,358.33 |
| SMG | 7/2/2012 | Complete initial draft of disclosure statement and plan and make notes for discussion with Mr. and Mrs. Maniaci | 0.75 | 250.00 | 187.50 |
| SMG | 7/3/2012 | Telephone conference with Mr. and Mrs. Maniaci to discuss plan and disclosure statement, as well as to clarify certain facts in case; discuss options and steps that may need to be taken with each alternative option.; follow up e-mail | 0.5 | 250.00 | 125.00 |
| SMG | 7/10/2012 | Make revisions in disclosure statement and plan based on updated information from website and from Mrs. Maniaci | 2.23333 | 250.00 | 558.33 |
| CP | 7/10/2012 | Review Cuyahoga County auditors web-site to obtain parcel number and balances due on properties listed in plan | 1 | 75.00 | 75.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

**Total**

Phone # (440) 331-3949

**Payments/Credits**

Fax: (440) 331-8160

**Balance Due**

E-Mail smgray@smgraylaw.com

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 7/11/2012 | Continue to work with revised plan projections based on updated information; telephone conference with Mrs Maniaci to discuss questions about plan and to clarify information on obligations | 1.2 | 250.00 | 300.00 |
| SMG | 7/11/2012 | Continue to work on plan projections and tables for disclosure statement and plan | 3.45 | 250.00 | 862.50 |
| CP | 7/11/2012 | Prepared 79 labels for creditors, and envelopes | 1 | 75.00 | 75.00 |
| CP | 7/11/2012 | Added information to serve the highest officers in the certificate of service | 0.25 | 75.00 | 18.75 |
| SMG | 7/11/2012 | Complete revisions to disclosure statement and plan; note work that still needs to be done for filing; review website for notice and hearing date; forward documents to Mr. and Mrs. Maniaci for review; make plans and notes for follow up | 1 | 250.00 | 250.00 |
| SMG | 7/11/2012 | Prepare Notice of Hearing on Disclosure statement and plan; confirm dates | 0.25 | 250.00 | 62.50 |
| CP | 7/12/2012 | Labels for envelopes completed | 0.25 | 75.00 | 18.75 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail  smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CP | 7/12/2012 | Debbie called to verify that Susan's got the 3 signed documents via e-mail last night. Confirmed receipt | 0.25 | 75.00 | 18.75 |
| SMG | 7/12/2012 | Plan and disclosure statement; Review official sites to confirm and determine proper service to mortgage lending creditors | 0.25 | 250.00 | 62.50 |
| CP | 7/12/2012 | Worked on disclosure statement web-research on Ohio Secretary State Business | 0.25 | 75.00 | 18.75 |
| CP | 7/12/2012 | Updated documents Plan-Disclosure statement-Notice of Hearing-Notice of Amending | 0.5 | 75.00 | 37.50 |
| CP | 7/12/2012 | Printed and prepared mailing documents for filing and serving plan and disclosure statement | 4 | 75.00 | 300.00 |
| SMG | 7/12/2012 | The Debtor is ordered to file its Disclosure Statement and Plan | 0 | 0.00 | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CC | 7/12/2012 | Work on project to serve creditors copies of plan, disclosure statement and notice of hearing | 2.83333 | 75.00 | 212.50 |
| Costs | 7/12/2012 | $228.41 - Postage | | 228.41 | 228.41 |
| Costs | 7/12/2012 | $584.60 Copy Costs | | 584.60 | 584.60 |
| CP | 7/18/2012 | Phone conference about income and expense projections--also discuss other matters | 0.25 | 75.00 | 18.75 |
| CP | 7/19/2012 | Update file with documentation on proof of certified mailing of plan and disclosure statement to certain creditors | 0.25 | 75.00 | 18.75 |
| SMG | 7/20/2012 | Review correspondence by e-mail from U.S. Trustee; prepare liquidation analysis and addenda to plan and disclosure statement | 1.75 | 250.00 | 437.50 |
| SMG | 7/21/2012 | Reviewed response to my earlier e-mail to trustee resolving issues; one matter remains for resolution; make plans for follow up | 0.25 | 250.00 | 62.50 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 7/23/2012 | Review correspondence by e-mail from US trustee regarding addendum to disclosure statement and plan; prepare notice of hearing on addendum; file notice and addendum and set up for service; confirm creditor matrix | 0.5 | 250.00 | 125.00 |
| CP | 7/23/2012 | Serve Disclosure statement and plan | 2.5 | 75.00 | 187.50 |
| Costs | 7/23/2012 | $63.20 Copy costs | | 63.20 | 63.20 |
| Costs | 7/23/2012 | $107.05 Postage | | 107.05 | 107.05 |
| SMG | 7/23/2012 | File addendum to Plan and Disclosure Statement | 0 | 0.00 | 0.00 |
| SMG | 8/4/2012 | Send response by e-mail to counsel for objecting creditor-discuss concern with serving tenants as effect on tenant relations | 0.25 | 250.00 | 62.50 |
| SMG | 8/13/2012 | Conferences with creditors and Mrs Maniaci to attempt to resolve objections to plan confirmation | 0.25 | 250.00 | 62.50 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 8/13/2012 | Conferences with counsel for Home Savings and also Fifth Third; follow up e-mail to counsel for Home Savings | 0.41667 | 250.00 | 104.17 |
| SMG | 8/14/2012 | Meet with counsel for creditors to resolve issues related to confirmation; represent at hearing on disclosure statement | 2.5 | 250.00 | 625.00 |
| Costs | 8/14/2012 | $8.00 Parking- Hearing on confirmation- | | 8.00 | 8.00 |
| SMG | 8/16/2012 | Review file to work on follow up from hearing; send reminder by e-mail regarding Key Bank Agreed Order | 0.25 | 250.00 | 62.50 |
| SMG | 8/20/2012 | Prepare and upload order approving disclosure statement and plan; review file for follow up steps. | 0.83333 | 250.00 | 208.33 |
| CP | 8/24/2012 | Received Order Approving Disclosure Statement and Setting Hearing on Confirmation of Plan Signed on 8/22/2012 | 0.25 | 75.00 | 18.75 |
| CP | 9/5/2012 | Documents for order approving disclosure returned undeliverable- scanned and placed in clients file in returned mail | 0.25 | 75.00 | 18.75 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 9/5/2012 | Telephone conference regarding Key Bank--Affidavit of Default--Discuss payment issues--Plan to follow up tomorrow | 0.16667 | 250.00 | 41.67 |
| CP | 9/6/2012 | Mrs Maniaci faxed over documents for Susan's review from Key Bank- started a new file in client's folder for Fax communications | 0.25 | 75.00 | 18.75 |
| SMG | 9/14/2012 | Review the three objections to confirmation; review Home Savings Appraisals; discuss options with Ms Maniaci; calls to counsel to resolve issues | 0.75 | 250.00 | 187.50 |
| CP | 9/17/2012 | Received appraisal's on two property's via e-mail placed in clients file for review | 0.25 | 75.00 | 18.75 |
| CP | 9/17/2012 | Mrs. Maniaci called to obtain appraiser's contact information | 0.25 | 75.00 | 18.75 |
| CP | 9/17/2012 | Called to relay appraisal information | 0.25 | 75.00 | 18.75 |
| CP | 9/25/2012 | Talked to Mrs. Maniaci regarding appraisals for properties- One was done 9-25-2012 the other will be done Saturday | 0.25 | 75.00 | 18.75 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CP | 9/25/2012 | Set up phone conferences with Attorney Mark Lembrght for 9-27 and conference with Attorney David Pasz for 9-28 | 0.25 | 75.00 | 18.75 |
| SMG | 9/27/2012 | Conference with Mark Lembright to discuss settlement proposal--plan for follow up discussion | 0.25 | 250.00 | 62.50 |
| SMG | 9/27/2012 | Review plan and claims to set up project for sending ballots | 2.25 | 250.00 | 562.50 |
| CP | 9/27/2012 | Started Ballot Report | 0.75 | 75.00 | 56.25 |
| SMG | 9/28/2012 | Telephone call with Ms Maniaci regarding several issues; notes for follow- up | 0.25 | 250.00 | 62.50 |
| CP | 9/28/2012 | Worked on Ballot's | 5 | 75.00 | 375.00 |
| SMG | 10/1/2012 | Review claims; note additional claims filed within the deadline necessitating change in plan; follow up with outline for changes. | 0.25 | 250.00 | 62.50 |
| SMG | 10/2/2012 | Mark Lembright will call re Maniaci--his direct dial number I should bring with me. | 0.16667 | 250.00 | 41.67 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949

Fax: (440) 331-8160

E-Mail  smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 10/2/2012 | Conference with Mark Lembright regarding settlement proposition with his client | 0.25 | 250.00 | 62.50 |
| SMG | 10/9/2012 | Conference with Stacey O'Stafy regarding Claim by Chase in Browning Property. | 0.5 | 250.00 | 125.00 |
| SMG | 10/11/2012 | Conference with Ms Maniaci regarding follow up with secured creditors. | 0.25 | 250.00 | 62.50 |
| CP | 10/16/2012 | Compiled Mailing Matrix documents converted into mailing labels | 0.75 | 75.00 | 56.25 |
| CP | 10/16/2012 | Prepared 81 envelopes for mailing | 0.58333 | 75.00 | 43.75 |
| Costs | 10/17/2012 | Copy cost $56.70 | | 56.70 | 56.70 |
| CP | 10/17/2012 | Copy time to Order on Motion to Serve by CD-Order on Motion to Adjourn/packages together for mailing-travel to post office to serve | 3 | 75.00 | 225.00 |
| CP | 10/17/2012 | Checked ECF docket-note change in status-Objection to Confirmation of Plan regarding property located at 8283 Browning Court Filed by Creditor JPMorgan Chase Bank | 0.25 | 75.00 | 18.75 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949

Fax: (440) 331-8160

E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10125
Invoice Date: 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CP | 10/17/2012 | Checked ECF docket-note change in status-Objection to Confirmation of Plan , re property at 20609 Mountville Drive, Maple Heights, Ohio 44137 | 0.25 | 75.00 | 18.75 |
| CP | 10/17/2012 | Checked ECF docket-note change in status-Objection to Confirmation of Plan , re property at 21304 Franklin Road, Maple Heights, Ohio | 0.25 | 75.00 | 18.75 |
| CP | 10/17/2012 | Checked ECF docket-note change in status-Objection to Confirmation of Plan , re property at 5154 Anthony Street, Maple Heights, Ohio | 0.25 | 75.00 | 18.75 |
| CP | 10/17/2012 | Checked ECF docket-note change in status-Objection to Confirmation of Plan re property at 5031 East 114, Garfield Heights, Ohio | 0.25 | 75.00 | 18.75 |
| CP | 10/17/2012 | Checked ECF docket-note change in status-Objection to Confirmation of Plan Filed by Creditor Nationstar Mortgage, LLC | 0.25 | 75.00 | 18.75 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

Page 11

11-19634-aih    Doc 164-4    FILED 04/18/13    ENTERED 04/18/13 16:14:51    Page 11 of 17

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210  
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125  
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci  
10100 Pinecrest Rd.  
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CP | 10/17/2012 | Checked ECF docket-note change in status-Objection to Confirmation of Plan Filed by Creditor Home Savings & Loan Company of Youngstown, Ohio. | 0.25 | 75.00 | 18.75 |
| CP | 10/17/2012 | Called Appraisal office of Dave Harmon to obtain appraisal information on two properties-left message | 0.25 | 75.00 | 18.75 |
| SMG | 10/17/2012 | Review for issues; review latest objections; prepare motions to adjourn and regarding service; file motions and upload orders. | 1.68333 | 250.00 | 420.83 |
| Costs | 10/18/2012 | Cost for mailing $56.70 | | 56.70 | 56.70 |
| CP | 10/18/2012 | Checked ECF docket-note change in status-Order Granting Motion to Limit Notice by Serving Creditors by Compact Disc | 0.25 | 75.00 | 18.75 |
| CP | 10/22/2012 | Uploaded order and verified with the courts that submission was noted | 0.25 | 75.00 | 18.75 |
| CP | 10/22/2012 | The order submitted 10s like you uploaded the Motion for a continuance of the hearing | 0.08333 | 75.00 | 6.25 |

Attorneys: SMG, JNB, MBR, JEM  
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949  
Fax: (440) 331-8160  
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CP | 10/24/2012 | Appraisal confirmed Grant and Tokay properties | 0.25 | 75.00 | 18.75 |
| SMG | 11/10/2012 | Review claims and objections to amend disclosure statement and plan | 3.45 | 250.00 | 862.50 |
| SMG | 11/11/2012 | Review correspondence from creditors proposing resolution of objections; review bases; prepare table and send recommendations to Mr. and Mrs. Maniaci | 2.86667 | 250.00 | 716.67 |
| CP | 11/12/2012 | Appraisal was e-mailed from David Harmon | 0.25 | 75.00 | 18.75 |
| CP | 11/12/2012 | Updated e-mail received for Tokay property | 0.25 | 75.00 | 18.75 |
| CP | 11/12/2012 | Called several attorneys regarding resolution to set up phone conferences | 0.25 | 75.00 | 18.75 |
| Costs | 11/13/2012 | Cost additional stamps for mailing $13.00 | | 13.00 | 13.00 |
| Costs | 11/13/2012 | Cost for printing $65.60 | | 65.60 | 65.60 |
| Costs | 11/13/2012 | Cost for mailing first amended disclosure statement $118.00 | | 118.00 | 118.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10125
Invoice Date: 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 11/13/2012 | Mrs. Maniaci will call in response to e-mail--Telephone conference to review issues and discuss settlement | 0.33333 | 250.00 | 83.33 |
| SMG | 11/13/2012 | Follow up e-mails to counsel regarding valuation questions | 0.25 | 250.00 | 62.50 |
| CP | 11/13/2012 | Mailing of documents printing creating matrix-organized | 3 | 75.00 | 225.00 |
| SMG | 11/14/2012 | Follow up conferences by e-mail with counsel for creditors and also Ms. Maniaci | 0.25 | 250.00 | 62.50 |
| CP | 11/14/2012 | Follow up to attorneys regarding resolution to set up phone conferences | 0.25 | 75.00 | 18.75 |
| CP | 11/14/2012 | Follow up on phone calls from the 12th | 0.08333 | 75.00 | 6.25 |
| SMG | 11/14/2012 | Telephone conference with counsel for chase to resolve issues | 0.75 | 250.00 | 187.50 |
| SMG | 11/17/2012 | In consultation with Ms. Maniaci, complete review of objections and claims to , complete amended disclosure statement and plan | 7.5 | 250.00 | 1,875.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10125
Invoice Date: 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 11/30/2012 | Review file and return call to counsel for Home Savings | 0.16667 | 250.00 | 41.67 |
| CP | 12/3/2012 | Received a response to e-mail from Carrington mortgage Services; updated file for future contact on those 5 claims | 0.25 | 75.00 | 18.75 |
| SMG | 12/3/2012 | Review e-mail correspondence related to Home Savings-dictate response; telephone conferences with Ms. Maniaci and Mr. Pasz; follow up e-mail to Mr. Pasz regarding Home Savings Loans; make note for follow up; | 0.5 | 250.00 | 125.00 |
| SMG | 12/3/2012 | review objection 93 and send to Ms. Maniaci with explanation | 0.25 | 250.00 | 62.50 |
| SMG | 12/3/2012 | Conference with Stacey A O'Stafy regarding 2 objections to confirmation; forward information by e-mail to Ms. Maniaci | 0.83333 | 250.00 | 208.33 |
| SMG | 12/4/2012 | Meet with counsel for mortgage lenders to resolve issues; several conferences with Ms. Maniaci; represent at hearing on disclosure statement | 1.5 | 250.00 | 375.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949

Fax: (440) 331-8160

E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

Page 15
11-19634-aih    Doc 164-4    FILED 04/18/13    ENTERED 04/18/13 16:14:51    Page 15 of 17

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Costs | 12/4/2012 | Costs--Parking for hearing $6:00 | | 6.00 | 6.00 |
| SMG | 12/5/2012 | Review hearing notice; calendar follow up for confirmation; note issues outstanding for follow up | 0.25 | 250.00 | 62.50 |
| SMG | 12/6/2012 | Review correspondence related to dispute over balance due on 5165 Arch; review pleadings in DJM; Forward documents for reference for further discussion | 0.25 | 250.00 | 62.50 |
| SMG | 12/8/2012 | Review status of objections-note where resolution is still pending | 0.25 | 250.00 | 62.50 |
| CP | 12/31/2012 | Called Mrs. Maniaci regarding set up for appraisal on 8283 Browning Court- Also left message for Tomko Appraisals | 0.1 | 75.00 | 7.50 |
| CP | 12/31/2012 | Mr. Tomko called regarding appraisal | 0.1 | 75.00 | 7.50 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10125
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * *<br>I reviewed this invoice and I consent to the payment of these fees.<br><br>_M. Maniaci_<br>Signature<br><br>_3-31-13_<br>Date<br><br>* * * * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $18,972.26 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $18,972.26 |