## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:

Martin and Deborah Maniaci,

      Debtors

Case No. 11-19634

Judge Arthur I. Harris

Application for Payment of Fees to
Accountant and Notice of
Opportunity to Object

      Shawn Neece, Neece, Malec Seifert and Vitaz, respectfully applies to this Court
for Approval of Fees earned in the proceeding.

1. The order granting application to employ the accountant was entered July 11,
   2012.

2. No pre-petition retainer was paid prior to the employment; a retainer paid
   post- petition was returned to Mr. and Mrs. Maniaci

3. There has been no prior request for compensation

4. The time billed is for preparation of tax returns for the individuals for the
   2011 tax year. This is a flat fee project; the amount requested is $1,500.00,
   which is consistent with the affidavit (Docket #78) stating that the charge for
   tax return preparation would be between $1,550.00 and $1,750.00

This request is supported by the invoice for services rendered (Exhibit A) and the certification by the accountant (Exhibit B).

## **Notice of Opportunity to Object**

Pursuant to Local Bankruptcy Rule 9013-1, any objection to this application must be filed within 21 days from the date of service as set forth in the certificate of service. If no response or objection is timely filed, the Court is authorized to grant the relief requested without further notice.

Respectfully Submitted,

/s/ Susan M. Gray_____
Susan M. Gray (0062356)
Attorney for Mr. and Mrs. Maniaci
Amtrust Bank Building, Suite 210
22255 Center Ridge Road
Rocky River, OH 44116
Tel. 440.331.3949
Fax. 440.331.8160
smgray@smgraylaw.com

## <u>CERTIFICATE OF SERVICE</u>

The following is the list of **<u>parties</u>** who are currently on the list to receive email notice/service for this case.

- Edward J. Boll nohbk@lsrlaw.com
- Faye Dian English bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Scott D. Fink bronationalecf@weltman.com
- Susan M Gray ecf@smgraylaw.com, sgrayecfmail@gmail.com
- Brian J Green bgreen@shaperolaw.com
- Mark R Lembright mlembright@feltyandlembright.com
- Chrysostomos E Manolis cmanolis@logs.com, creuss@logs.com
- Jamie M. Nagle bronationalecf@weltman.com, jnagle@weltman.com
- Stacey A O'Stafy bankruptcy@mdk-llc.com, anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
- David J Pasz dpasz@paszlaw.com, phenry@paszlaw.com
- Dean R. Prober cmartin@pprlaw.net
- Kenneth M Richards krichards@lnlattorneys.com
- John D. Schlotter ecfmail@aclawllp.com
- D. Anthony Sottile bankruptcies@gernerlaw.com
- United States Trustee (Registered address)@usdoj.gov
- Dean Wyman ust03 Dean.P.Wyman@usdoj.gov
- Maria D. Giannirakis ust06 maria.d.giannirakis@usdoj.gov

Also served by regular United States Mail this 25th day of June, 2013:

Shawn Neece
Neece and Malec, CPA
121 South Street, Suite 201
Chadon, OH  44024

Mr. and Mrs. Martin and Deborah Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

/s/Susan M. Gray_____
SUSAN M. GRAY
Attorney for Mr. and Mrs. Maniaci