**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10123
Invoice Date: 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  |  | * * * Case Administration * * * |  |  |  |
| SMG | 1/24/2012 | Telephone conference with Mrs. Maniaci regarding outcome of hearing on application to employ Glenn Forbes as counsel; Review PACER for follow up | 0.25 | 250.00 | 62.50 |
| SMG | 2/1/2012 | Review documents sent by office of Glenn Forbes to prepare for meeting scheduled for today | 1 | 250.00 | 250.00 |
| ES | 2/21/2012 | Conference with Ms. Maniaci regarding documents received in case; she will fax over for our follow up | 0.25 | 75.00 | 18.75 |
| SMG | 2/25/2012 | Review file to prepare documents for filing | 0.25 | 250.00 | 62.50 |
| SMG | 3/14/2012 | Review Docket; file pending pleadings; telephone conference with Ms. Maniaci for follow up | 1.5 | 250.00 | 375.00 |
| ES | 3/28/2012 | Review operating reports; consult as to accuracy and completeness; file with court | 0.25 | 75.00 | 18.75 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10123
Invoice Date: 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CC | 4/3/2012 | Received a Motion for relief from stay or in the alternative adequate protection from KeyBank; calendar for follow up | 0.25 | 75.00 | 18.75 |
| SMG | 4/5/2012 | Review file to determine status of pending issues. Prepare revised verified statement. Review docket. File statement and call counsel for U S trustee to leave message to try to resolve issues. | 0.25 | 250.00 | 62.50 |
| SMG | 4/11/2012 | Review Motion by Key Bank for Relief from Stay on Creekwood; review schedules and draft plan; confer with Mrs Maniaci and propose settlement to counsel for Key | 1.5 | 250.00 | 375.00 |
| SMG | 4/23/2012 | Regarding Motion by Key Bank for Relief from Stay, review correspondence by e-mail from counsel for movant; review file; send response and call to leave message | 0.25 | 250.00 | 62.50 |
| ES | 4/26/2012 | Conference with counsel for Key Bank; Sent proposed order by fax | 0.08333 | 75.00 | 6.25 |
| SMG | 5/2/2012 | Review information by fax from counsel for Key Bank; follow up | 0.25 | 250.00 | 62.50 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

**Total**

Phone # (440) 331-3949

**Payments/Credits**

Fax: (440) 331-8160

**Balance Due**

E-Mail smgray@smgraylaw.com

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10123
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ES | 5/8/2012 | Discussion with Ms. Maniaci regarding accountant payment issues; attempt to reach resolution | 0.25 | 75.00 | 18.75 |
| ES | 5/8/2012 | Phone call to follow up on e-mails sent and several other issues | 0.33333 | 75.00 | 25.00 |
| ES | 5/9/2012 | Discussion with Ms. Maniaci regarding information from tenant that US Trustee told tenant that Maniaci bankruptcy gave tenant right to break lease; we will follow up | 0.25 | 75.00 | 18.75 |
| ES | 5/14/2012 | Reviewed and filed monthly operating reports | 0.25 | 75.00 | 18.75 |
| ES | 5/15/2012 | Filed motion and order and calendared for follow up | 0.25 | 75.00 | 18.75 |
| CC | 5/17/2012 | Begin work on project to set up pleadings for objections to claims; prepare skeleton objections, notices and orders | 0.5 | 75.00 | 37.50 |
| SMG | 5/24/2012 | Review pleadings and notice of hearing; prepare amended motion for scheduling order and upload order | 0.25 | 250.00 | 62.50 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone #  (440) 331-3949
Fax:  (440) 331-8160
E-Mail  smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10123
Invoice Date: 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 5/30/2012 | Review scheduling order; prepare and file notice of claims bar date and set up for service | 0.25 | 250.00 | 62.50 |
| CC | 5/30/2012 | $56.10-Serve by mail 66 creditors; confirm completeness of matrix by reference to PACER and prior pleadings | 1 | 75.00 | 75.00 |
| Costs | 5/31/2012 | $29.70 postage 66@0.45= | | 29.70 | 29.70 |
| Costs | 5/31/2012 | $56.10 Postage | | 56.10 | 56.10 |
| CC | 6/12/2012 | Hearing on the Objection to applic.for order approving employment Court#1A | 0 | 0.00 | 0.00 |
| SMG | 6/25/2012 | Motion Granted Hearing regarding. Objection to motion to set deadlines in case (related doc.#70), Motion Granted without hearing | 0 | 0.00 | 0.00 |
| SMG | 7/10/2012 | Review correspondence by e-mail; review file and prepare responses; follow up on additional information needed for plan; review PACER to see if judge has entered order on motion to employ accountant | 0.5 | 250.00 | 125.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949

Fax: (440) 331-8160

E-Mail  smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10123
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CP | 7/19/2012 | Reviewed and filed Operating reports for 5-31-12 | 0.25 | 75.00 | 18.75 |
| CP | 7/20/2012 | Request for contact | 0.08333 | 75.00 | 6.25 |
| CP | 7/24/2012 | Return mail started folder | 0.25 | 75.00 | 18.75 |
| CP | 8/24/2012 | Checked Court docket 14 undeliverable addresses | 0.25 | 75.00 | 18.75 |
| CP | 8/28/2012 | Operating report filed with court for 6/1/2012- 6/30/2012 | 0.25 | 75.00 | 18.75 |
| CP | 8/28/2012 | Operating report filed with court for 7/1/2012- 7/30/2012 | 0.25 | 75.00 | 18.75 |
| CP | 9/5/2012 | Mail undeliverable to American Home Mortgage company- scanned documents and placed in file returned mail | 0.25 | 75.00 | 18.75 |
| SMG | 9/6/2012 | Conference call with Ms Maniaci and counsel for Key Bank regarding affidavit of non payment; work on resolution | 0.25 | 250.00 | 62.50 |

**Total**

**Payments/Credits**

**Balance Due**

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

Page 5
11-19634-aih    Doc 174-2    FILED 09/17/13    ENTERED 09/17/13 17:15:33    Page 5 of 7

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10123
**Invoice Date:** 1/5/2013

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 12/5/2012 | Received an odd e-mail from a supposed creditor. Sent response asking them to work through their counsel | 0.25 | 250.00 | 62.50 |
| SMG | 12/5/2012 | Respond to e-mail inquiry regarding vacancy | 0.25 | 250.00 | 62.50 |
| CP | 12/21/2012 | Mrs. Maniaci called to report Mortgage Company locked them out of property Maple Heights-Lock box | 0.1 | 75.00 | 7.50 |
| CP | 12/28/2012 | Received notice from United States Bankruptcy Court- Delinquent with post-petition payments; follow up | 0.25 | 75.00 | 18.75 |
| CP | 12/31/2012 | Called Mrs. Maniaci to obtain address of property that Mortgage Company looked out of; search file and plan follow up | 0.25 | 75.00 | 18.75 |
| CP | 12/31/2012 | Filed September and October Operating reports to Bankruptcy Court | 0.33333 | 75.00 | 25.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10123
**Invoice Date:** 1/5/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Mr and Mrs Martin Maniaci
10100 Pinecrest Rd.
Concord, OH 44077

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* <br> I reviewed this invoice and I consent to the payment of these fees. <br><br> _[signature]_ <br> Signature <br><br> 3-31-13 <br> Date <br><br> \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $2,299.55 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,299.55 |